

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2016

No. 04-16-00308-CV

**IN THE INTEREST OF S.A.W., A CHILD,**

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12167
Honorable N. Keith Williams, Judge Presiding

# O R D E R

On June 6, 2016, we ordered appellant Bradley D. Winters to show cause why his appeal should not be dismissed for lack of jurisdiction. On June 7, 2016, appellant responded by stating he timely filed a request for findings of facts, which extended the appellate timetable. *See* Tex. R. Civ. P. 296; Tex. R. App. P. 26.1(a). Because appellant's request for findings of facts was timely filed, appellant's notice of appeal was also timely filed. *See* Tex. R. App. P. 26.1(a). We deem this response adequate to show why this appeal should not be dismissed for lack of jurisdiction. Accordingly, we retain this appeal on the docket of the Court and reinstate appellate deadlines. At this time, both the clerk's record and reporter's record have been filed. We therefore **ORDER** appellant to file appellant's brief in this court on or before **July 20, 2016**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court